People of the State of Illinois, Plaintiff-Appellee, v. Lonzo Stafford, Defendant, and Arnold B. Harris, Appellant.

Gen. No. 69–55. (Abstract of Decision.)

Second District.

January 19, 1970.

R.

Fredric Solomon, of Chicago, for appellant; Jack Hoogasian, State's Attorney of Lake County, of Waukegan, and Benedict J. Ori, Assistant State's Attorney, for appellee. Opinion by JUSTICE SEIDENFELD, Judge, presiding. Not to be published in full.